**Opinion issued December 8, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00831-CV

_____

**DEREK OBIALO, Appellant**

**V.**

**EQUABLE ASCENT FINANCIAL, LLC, Appellee**

---

On Appeal from the County Court at Law No. 4
Fort Bend County, Texas
Trial Court Case No. 11-CCV-045863

---

### MEMORANDUM OPINION

Appellant, Derek Obialo, has filed a motion to dismiss his appeal. More than ten days have elapsed since the filing of the motion and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.